B 2100A(Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISIONAL OFFICE DIVISION

In re: Shereen Bailey                           Case No. 24-02159-JAW

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TMRR LLC | Data Mortgage, Inc. d/b/a Essex Mortgage |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**BSI Financial Services, Inc.**
**Bankruptcy Department**
**4200 Regent Blvd, Suite 200**
**Irving, TX 75063**

Court Claim # (if known): 10-1
Amount of Claim: $3,231.96
Date Claim Filed: 10/24/2024

Phone: 866-949-0136                                 Phone: 714-919-8916
Last Four Digits of Acct #   0201                   Last Four Digits of Acct #   0201

Name and Address where transferee payments should be sent (if different from above):
**BSI Financial Services, Inc.**
**Bankruptcy Department**
**314 S Franklin St.**
**P.O. Box 517**
**Titusville, PA 16354**

Phone: 866-949-0136
Last Four Digits of Acct #:   0201

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Karen A. Maxcy                                Date: 10/19/2025
   Authorized Agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

| | |
|---|---|
| In Re:<br>　　　Shereen Bailey | Bankruptcy Case No.:　　24-02159-JAW |
| | Chapter:　　13 |
| | Judge:　　Jamie A. Wilson |

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Shereen Bailey
542 Boardwalk Blvd
Ridgeland, MS 39157


Thomas Carl Rollins, Jr　　　　　　　　　　*(served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin, Trustee　　　　　　　*(served via ECF Notification)*
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

United States Trustee　　　　　　　　　　*(served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:　　10/19/2025　　　　By:　　*/s/Karen A. Maxcy*
　　　　　　　　(date)　　　　　　　　　　Karen A. Maxcy
　　　　　　　　　　　　　　　　　　　　　Authorized Agent for Transferee



**BSI Financial Services**

314 S Franklin St. / Second Floor
 PO Box 517
Titusville, PA 16354
866-949-0136
814-217-1366 Fax
bsi.myloanweb.com

07-21-2025

Sent via First Class Mail

Old Account Number: ▮▮▮▮▮▮▮▮
Account Number: ▮▮▮▮▮▮▮▮

Property Address:  542 BOARDWALK BLVD
RIDGELAND MS 39157

SHEREEN BAILEY
C/O THOMAS C ROLLINS JR ESQUIRE
P.O. BOX 13767
JACKSON MS 39236

# NOTICE OF SERVICING TRANSFER

Dear Borrower(s):

We are pleased to inform you that the servicing of your mortgage loan is being transferred to BSI Financial Services, effective 07-15-2025 . This transfer will not impact any terms or conditions of your mortgage loan, except for those directly related to the servicing of the loan. Our dedicated team of experienced professionals is committed to providing you with superior customer service throughout the life of your loan. Please reference the account number noted above, as it may have changed.

**ESSEX MORTGAGE, your prior servicer, will not accept any payments received on or after 07-15-2025. BSI Financial Services, your new servicer, will start accepting payments on 07-15-2025.**

To enhance the security and efficiency of your mortgage management, we strongly encourage you to create a MyLoanWeb account. By doing so, you will gain access to a range of self-service features, including the ability to view your monthly mortgage statements, update your contact information, sign-up to go paperless or receive informational emails and sms text messages, manage your payments online and more! Simply visit **bsi.myloanweb.com** and follow the instructions to set up your account.

We offer various convenient payment options to simplify your mortgage experience. You can set up automatic recurring or one-time payments directly from your checking or savings account through our secure Automatic Clearing House (ACH) system easily via bsi.myloanweb.com. It provides a seamless online platform to manage your mortgage payments at your convenience.

Alternatively, simply complete the enclosed ACH Application and return it to us, following the instructions provided. Our Customer Care team at 866-949-0136 is available to assist you should you require any assistance in completing the application.

You may also utilize our Pay-by-Phone service by calling 866-949-0136, or Western Union by using the city code "BSI" and the state "PA" or send your payment to us via check for your next payment along with the enclosed temporary coupon.

To ensure smooth communication and efficient processing, please remember to include your account number on all checks and correspondence. Below are the payment addresses, correspondence address, and contact information for your convenience:

| Payments Via           | Payments Via                  | New Servicer              | Prior Servicer         |
|------------------------|-------------------------------|---------------------------|------------------------|
| **First Class Mail**   | **Priority or Overnight Mail**| BSI Financial Services    | ESSEX MORTGAGE         |
| BSI Financial Services | BSI Financial Services        | Customer Care             | Customer Care          |
| PO Box 679002          | Lockbox Number 679002         | 314 S Franklin St, 2nd Floor | 1417 N. MAGNOLIA AVE |
| Dallas, TX  75267-9002 | 1200 E. Campbell Rd. Ste. 108 | Titusville, PA 16354      | OCALA, FL 34475        |
|                        | Richardson, TX  75081         | Toll Free: 866-949-0136   | Toll Free: 888-892-0881|

**Under Federal law, during the 60-day period beginning on the effective date of the transfer of the loan, a loan payment received by your old servicer on or before its due date (including any grace period allowed under the mortgage loan instruments) may not be treated by the new**

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # ▮▮▮▮▮
Customer Care Hours: Monday - Friday 7:00 am - 8:00 pm CST and Saturday 8:00 am - 12:00 pm CST.
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

servicer as late, and a late fee may not be imposed on you

**If Your Prior Servicer Established an Escrow Account for Tax/Insurance Obligations:**
Your prior servicer should inform your insurance company and taxing authority of the servicing transfer to BSI Financial Services. However, we recommend that you contact them to ensure that their records have been updated, ensuring that tax and/or insurance bills are sent to the correct mortgage servicer. This will help avoid potential issues such as late payment of taxes or cancellation of your insurance policy for nonpayment. Additionally, please ensure that your insurance provider updates the mortgagee clause on the policy to provide BSI Financial Services's information as follows:


In the event of a loss claim, updating the mortgagee clause will ensure that checks for covered losses are sent to BSI Financial Services.

If you receive a notice that either your insurance or taxes are due, please call us to ensure that we are aware of the upcoming payment. If we have not received a copy of the bill, we may request you to provide a copy for our review. Please note that tax and insurance payments are typically handled by your previous mortgage servicer for the first 60 days after the mortgage servicing transfer

**Important note about optional insurance:** If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may not affect your insurance because we do not service mortgage life or disability premiums. However, if you wish to retain optional insurance, we suggest that you contact your current optional product service provider.


**Automatic Withdrawal Customers:**  If your payments are currently set for automatic withdrawal from your checking or savings account, ESSEX MORTGAGE will discontinue the auto-withdrawal service on 07-14-2025.

Should you have any questions or require further assistance regarding your mortgage loan, please do not hesitate to reach out to our dedicated Customer Care department at 866-949-0136 Monday - Friday 7:00 am - 8:00 pm CST and Saturday 8:00 am - 12:00 pm CST. We are here to not only meet your mortgage servicing needs but also provide ongoing quality service and support.

We appreciate the opportunity to serve you and remain committed to your satisfaction.

Sincerely,
Customer Care

BSI Financial Services, BSI NMLS # ▓▓▓▓▓
* This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**Enclosures:**
**Temporary Coupon**
**Automatic Clearing House Application ("ACH")**
**Servicemembers Civil Relief Act Notice**
**Fees and Costs**

Qualified Written Request - Notice of Error or Information Request

Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan which identifies your name, account number, and the specific reasons for the request, such as an error on your loan account or a request for information.  Any qualified written request you wish to submit must be sent to:

BSI Financial Services
Attn: Qualified Written Requests
314 S Franklin Street / Second Floor
Titusville, PA 16354

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # ▓▓▓▓▓
Customer Care Hours: Monday - Friday 7:00 am - 8:00 pm CST and Saturday 8:00 am - 12:00 pm CST.
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
866-949-0136
814-217-1366 Fax
bsi.myloanweb.com

07-21-2025

Sent via First Class Mail

Old Account Number: ▊▊▊▊▊▊▊▊
Account Number: ▊▊▊▊▊▊▊▊

Property Address:  542 BOARDWALK BLVD
RIDGELAND MS 39157

SHEREEN BAILEY
C/O THOMAS C ROLLINS JR ESQUIRE
P.O. BOX 13767
JACKSON MS 39236

BSI Financial Services is a debt collector. BSI Financial Services is trying to collect a debt that you owe to TMRR. We will use any information you give us to help collect the debt.

**Our information shows:**

You had a mortgage with ESSEX MORTGAGE with account number ▊▊▊▊▊▊▊▊ with an interest rate of 8.00000%. BSI Financial Services now services your mortgage loan with account number ▊▊▊▊▊▊▊▊

| | |
|---|---|
| As of 07-16-2025, you owed: | $3,196.63 |
| Between 07-16-2025 and 07-21-2025: | |
| You were charged this amount in interest:   + | $3.89 |
| You were charged this amount in fees:   + | $0.00 |
| You paid or were credited this amount toward the debt:   - | $0.00 |
| **Total amount of the debt now:** | **$3,200.52** |

Notice: See reverse side for important information.

**How can you dispute the debt?**

**Call or write to us by 08-28-2025, to dispute all of part of the debt.** If you do not, we will assume that our information is correct.
**If you write to us by 08-28-2025** either by phone or in writing, BSI Financial Services  must stop collection on any amount you dispute until BSI Financial Services  sends you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

**What else can you do?**

**Write or call us to ask for the name and address of the original creditor, if different from the current creditor.** If you write or call by 08-28-2025, BSI Financial Services must stop collection until we send you that information. You may use the form below or write to us without the form. BSI Financial Services  accepts such requests electronically at customercare@bsifinancial.com.
Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
**Contact us about your payment options.**

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mail this form to:
BSI Financial Services
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354

SHEREEN BAILEY
C/O THOMAS C ROLLINS JR ESQUIRE
P.O. BOX 13767
JACKSON MS 39236

**How do you want to respond?**

Check all that apply:
- ❏ I want to dispute the debt because I think:
  - ❏ This is not my debt.
  - ❏ The amount is wrong.
  - ❏ Other (please describe on reverse or attach additional information).
- ❏ I want you to send me the name and address of the original creditor.
- ❏ I enclosed this amount: $ _____

Make your check payable to BSI Financial Services. Include the account number ▊▊▊▊▊▊▊▊

**How do you want to respond?**

Other:_____

_____

_____

_____

_____

_____

_____



314 S Franklin St. / Second Floor
 PO Box 517
Titusville, PA 16354
866-949-0136
814-217-1366 Fax
bsi.myloanweb.com

# AUTOMATIC CLEARING HOUSE APPLICATION

Dear BSI Financial Services Customer(s):

BSI Financial Services is pleased to offer a free automatic payment option. Your monthly payments can now be automatically drafted from your checking or savings account each month on the date you choose. Proof of payment will appear on your bank statement.

Enclosed for your review is the ACH Application to be completed and returned to our office for processing. The form must be filled out in its entirety to be processed and your loan must be active in our servicing system. You may keep a copy for your records.

**Important Information:**

*	Please allow up to 10 days for this application process.

*	Please note that your loan must be current on the day we receive this completed application before the automatic payments can begin, and your account must remain current for the program to continue.

*	Once your application is approved, you will receive a notification by mail showing when the program will begin.

*	Please continue making payments until you receive the written confirmation of your first draft date.

*	If a voided check is not received, the program will be set up based on the account information you provide, however, there is a possibility that our best efforts will be unable to discern the correct routing and account numbers.  You should monitor your account for the automatic withdrawal of your scheduled payment.  If your payment is not deducted by the scheduled date, please contact Customer Service to confirm your account information.

We hope you enjoy the convenience of our automatic payment option and thank you for the opportunity to service your loan. If you have any questions, please call us at 866-949-0136 during our office hours Monday - Friday 7:00 am - 8:00 pm CST and Saturday 8:00 am - 12:00 pm CST.

Sincerely,

BSI Financial Services
ACH Department
Enclosure:  Automatic Clearing House Application

Please keep a copy of this form for your records

## AUTOMATIC CLEARING HOUSE APPLICATION

✋ Did you know you can set up your automatic payments faster and easier online? Create or log into your bsi.myloanweb.com account and select "Set Up Autopay" under "Payments" to get started!

| Loan Number: ▓▓▓▓▓▓▓▓ | Date: |
|---|---|

**Send completed** and a copy of a voided check or savings deposit slip to:

★ Fax: 814-217-1366 (Attn:ACH Dept)        Mail: 314 S Franklin St. / Second Floor, PO Box 517, Titusville, PA 16354 (Attn:ACH Dept)

The form below must be filled out in its entirety to be processed. Please attach a voided check to this form. If you are using a savings account, we require a BANK STATEMENT or LETTER from the BANK which should include your name, bank routing and savings account number.

*Credit Union Members: to ensure prompt processing of your application, please verify your account number and routing/transit numbers with your credit union. The correct numbers may be different from what is printed on your check.*

### Customer Information

| Borrower Name(s): | Contact Phone#: | ☐ Home  ☐ Work  ☐ Cell |
|---|---|---|
| Mailing Address: | City:   State: | Zip code: |

### Bank Account Information

| Please Select one: | ☐ Checking Account | ☐ Savings Account |
|---|---|---|
| Bank Name: | | Bank Phone Number: |
| Bank ABA Routing Number: | | Bank Account Number: |

### Automatic Payment Amount

Current monthly payment $: _____
Additional principal payment (optional) $: _____   Additional Escrow payment (optional) $: _____   **Total of Additional: $** _____

### Automatic Payment Withdrawal Date

Desired start date: _____ (mm/dd/yy)
Please Select **one** of the three draft options below. Details of each of the options are provided in the *FAQs* provided with this form:
- ☐ Monthly Drafting (Please select a valid date): _____ (1st to 30th ONLY)
- ☐ Bi-Weekly Drafting (Day of Week): _____
- ☐ Weekly Drafting (Day of Week): _____

To ensure proper drafting, a day of the week (Monday through Friday) will need to be selected for the weekly or bi-weekly options

**IMPORTANT:** To ensure no late charges are assessed, you must select a Withdrawal Date PRIOR to the end of your monthly grace period. Generally payments are due on the first day of each month and the withdrawal date may be up to 15 days past your due date based on your grace period. **Refer to your promissory note for your specific due date and grace period.**

**Auto Debit Authorization**

I authorize BSI Financial Services, Its authorized representatives, service providers, agents, assigns, or successors, and the above named bank to automatically debit my bank account monthly for the amount of (i) my monthly payment of principal, interest and escrow, which amounts are specifically set forth in my mortgage loan documents, plus (ii) any additional principal or escrow as indicated above. I understand that the payment amount for principal, interest, and escrow may vary from month to month due to changes in escrow requirements or principal and interest payments for adjustable type mortgages, if applicable. BSI Financial Services is authorized to debit my bank account until BSI Financial Services has received written or oral notification. Termination requests must be received by BSI Financial Services three (3) business days prior to the next scheduled monthly debit.

I understand that (i) I must CONTINUE MAKING PAYMENTS until the date that my automatic payments will begin, of which BSI Financial Services will notify me by mail and which may take up to 45 days, and (ii) my account must be current before the automatic payment will be authorized to begin.

BSI Financial Services will notify you should your regular payments vary in amount. If this happens, BSI Financial Services will tell you 10 days before each payment, when it will be made and how much it will be. You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.

The terms of this Authorization do not modify the terms of my loan. By signing below, I hereby agree to the terms stated above and the FAQs provided with this form, as well as acknowledge receipt of a copy of this Authorization that I may retain I acknowledge that should an electronic transfer under this agreement be returned to BSI Financial Services for insufficient funds (NSF) I may be charged an NSF processing fee if permitted by applicable law and I will be responsible for making alternate arrangements for the payment to bring my account current and ensure future payments are posted within my grace period. The NSF fee will be collected by means of an electronic fund transfer from your authorized checking or savings account. I acknowledge that if I file for protection under the US Bankruptcy Code, this agreement will become null and void. By providing my cell phone number, I am granting BSI Financial Services express consent to contact me at that number about my Loan and ACH application. My consent allows BSI Financial Services to use text messaging, artificial or pre-recorded voice messages and automatic dialing technology for informational and account service calls. Message and data rates may apply.

Sign Here:

Borrower: _____ Date: _____  Co-Borrower: _____ Date: _____

# AUTOMATIC CLEARING HOUSE APPLICATION
## Frequently Asked Questions (FAQs)

**How does the Automatic Clearing House ("ACH") Program work?**
Once you sign up with ACH, your mortgage payment will automatically deduct from your designated checking or savings account each month. Your mortgage payment will be drafted from your account on the date of your choice (**or following business day if the date you choose falls on a weekend or holiday**). A record of the transaction will appear as a debit (ACH) each month on your bank statement and your monthly billing statement from BSI Financial Services.

**What amounts will be withdrawn?**
BSI Financial Services will draft the amount of your current monthly payment, including principal, interest, applicable tax and insurance. By enrolling in this program, you agree and understand that the draft amount may vary due to changes in your escrow payment or principal and interest terms of your mortgage, as applicable.

**What are my withdrawal options?**
BSI Financial Services offers the following options for withdrawal:
- **Monthly:** Your monthly mortgage payment will be withdrawn on the same date each month and (12) twelve contractual payments will be applied to your loan each year.
- **Bi-Weekly Payments:** This option will draft an installment equal to half of your monthly contractual payment every two weeks. The funds will accumulate on the account until enough has been received to process and apply a single contractual payment. In months where more than two drafts occur within a calendar month, the additional funds will be applied to the principal balance.
- **Weekly:** This option will draft an installment equal to one-quarter of your monthly contractual payment every week. The funds will accumulate on the account until enough has been received to process and apply a single contractual payment. In a year's time, 52 withdrawals will be made.

By selecting the **weekly** or **bi-weekly** option, you understand and agree that the withdrawn funds may not be applied to your mortgage immediately but held in a suspense account until sufficient funds have accumulated for a full monthly payment to be applied to the loan. In addition, the additional payment reduces your principal balance owed, enabling you to pay down your loan earlier and save money over the life of the loan.

**Can I still make additional principal payments or escrow deposits?**
Yes! If you want to make additional payments, you may designate on the application the amount of the principal and or escrow payment to be withdrawn in addition to your monthly payment. The additional amount withdrawn will remain constant regardless of any changes to your monthly payment.

**What happens if there isn't enough money in my account to cover this transaction?**
In the event you do not have sufficient funds in your account to cover the monthly payment amount on the transfer date, your bank may charge you an Overdraft/Insufficient Funds Fee. You should contact your bank to determine if this fee applies and the actual amount incurred. BSI Financial Services will also assess an insufficient funds fee plus late charge and you will remain liable and responsible for any monthly payments which remain unpaid as a result of an unsuccessful attempted transfer from your account containing insufficient funds. If your loan is delinquent, we can cancel automatic payments, and you will have to make your payments directly to us.

**Why do I need to send a voided check or deposit slip with my application?**
The application and your voided check or deposit slip gives BSI Financial Services the accurate information needed to begin the ACH service.

**When will I know when the automatic program is in effect?**
You will receive a confirmation letter specifying the date of the first scheduled ACH draft payment. Please continue to make the normal mortgage payments until you receive your confirmation letter.

**How do I terminate the automatic withdrawals or make changes?**
If you would like to terminate automatic withdrawals, you must notify us orally or in writing at least three (3) business days prior to the next scheduled draft date at the following address: BSI Financial Services ACH Dept. 314 S Franklin St. / Second Floor,  PO Box 517, Titusville, PA 16354 Or fax notification to us at 814-217-1366 (send Attn: ACH Dept.) Any changes to your payment instruction, including changes to the payment amount and/or the payment account must be made in writing to the above address. We may change terms or fees or cancel the automatic payment program at any time. If notice is required, we will tell you in writing.

**If you have any additional questions**
Please call us at 866-949-0136, Monday - Friday 7:00 am - 8:00 pm CST and Saturday 8:00 am - 12:00 pm CST. One of our Customer Service Representatives will be happy to answer your questions.



314 S Franklin St. / Second Floor
 PO Box 517
Titusville, PA 16354
866-949-0136
814-217-1366 Fax
bsi.myloanweb.com

# - BORROWER COPY -
# AUTOMATIC CLEARING HOUSE APPLICATION

Dear BSI Financial Services Customer(s):

BSI Financial Services is pleased to offer a free automatic payment option. Your monthly payments can now be automatically drafted from your checking or savings account each month on the date you choose. Proof of payment will appear on your bank statement.

Enclosed for your review is the ACH Application to be completed and returned to our office for processing.  The form must be filled out in its entirety to be processed and your loan must be active in our servicing system.  You may keep a copy for your records.

**Important Information:**

*   Please allow up to 10 days for this application process.

*   Please note that your loan must be current on the day we receive this completed application before the automatic payments can begin, and your account must remain current for the program to continue.

*   Once your application is approved, you will receive a notification by mail showing when the program will begin.

*   Please continue making payments until you receive the written confirmation of your first draft date.

*   If a voided check is not received, the program will be set up based on the account information you provide, however, there is a possibility that our best efforts will be unable to discern the correct routing and account numbers.  You should monitor your account for the automatic withdrawal of your scheduled payment.  If your payment is not deducted by the scheduled date, please contact Customer Service to confirm your account information.

We hope you enjoy the convenience of our automatic payment option and thank you for the opportunity to service your loan. If you have any questions, please call us at 866-949-0136 during our office hours Monday - Friday 7:00 am - 8:00 pm CST and Saturday 8:00 am - 12:00 pm CST.

Sincerely,

BSI Financial Services
ACH Department
Enclosure:  Automatic Clearing House Application

Please keep a copy of this form for your records

# AUTOMATIC CLEARING HOUSE APPLICATION

✋ Did you know you can set up your automatic payments faster and easier online? Create or log into your bsi.myloanweb.com account and select "Set Up Autopay" under "Payments" to get started!

| Loan Number: ▮▮▮▮▮▮▮▮▮▮ | Date: |
|---|---|

**Send completed** and a copy of a voided check or savings deposit slip to:

★ Fax: 814-217-1366 (Attn:ACH Dept)   Mail: 314 S Franklin St. / Second Floor, PO Box 517, Titusville, PA 16354 (Attn:ACH Dept)

The form below must be filled out in its entirety to be processed. Please attach a voided check to this form. If you are using a savings account, we require a BANK STATEMENT or LETTER from the BANK which should include your name, bank routing and savings account number.

*Credit Union Members: to ensure prompt processing of your application, please verify your account number and routing/transit numbers with your credit union. The correct numbers may be different from what is printed on your check.*

## Customer Information

| Borrower Name(s): | Contact Phone#: | ☐ Home | ☐ Work | ☐ Cell |
|---|---|---|---|---|
| Mailing Address: | City: | State: | | Zip code: |

## Bank Account Information

| Please Select one: ☐ Checking Account | ☐ Savings Account |
|---|---|
| Bank Name: | Bank Phone Number: |
| Bank ABA Routing Number: | Bank Account Number: |

## Automatic Payment Amount

Current monthly payment $:
Additional principal payment (optional) $:    Additional Escrow payment (optional) $:    **Total of Additional: $**

## Automatic Payment Withdrawal Date

Desired start date: _____(mm/dd/yy)
Please Select **one** of the three draft options below. Details of each of the options are provided in the *FAQs* provided with this form:
- ☐ Monthly Drafting (Please select a valid date):_____(1st to 30th ONLY)
- ☐ Bi-Weekly Drafting (Day of Week): _____
- ☐ Weekly Drafting (Day of Week):_____

To ensure proper drafting, a day of the week (Monday through Friday) will need to be selected for the weekly or bi-weekly options

**IMPORTANT:** To ensure no late charges are assessed, you must select a Withdrawal Date PRIOR to the end of your monthly grace period. Generally payments are due on the first day of each month and the withdrawal date may be up to 15 days past your due date based on your grace period. **Refer to your promissory note for your specific due date and grace period.**

**Auto Debit Authorization**

I authorize BSI Financial Services, Its authorized representatives, service providers, agents, assigns, or successors, and the above named bank to automatically debit my bank account monthly for the amount of (i) my monthly payment of principal, interest and escrow, which amounts are specifically set forth in my mortgage loan documents, plus (ii) any additional principal or escrow as indicated above. I understand that the payment amount for principal, interest, and escrow may vary from month to month due to changes in escrow requirements or principal and interest payments for adjustable type mortgages, if applicable. BSI Financial Services is authorized to debit my bank account until BSI Financial Services has received written or oral notification. Termination requests must be received by BSI Financial Services three (3) business days prior to the next scheduled monthly debit.

I understand that (i) I must CONTINUE MAKING PAYMENTS until the date that my automatic payments will begin, of which BSI Financial Services will notify me by mail and which may take up to 45 days, and (ii) my account must be current before the automatic payment will be authorized to begin.

BSI Financial Services will notify you should your regular payments vary in amount. If this happens, BSI Financial Services will tell you 10 days before each payment, when it will be made and how much it will be. You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.

The terms of this Authorization do not modify the terms of my loan. By signing below, I hereby agree to the terms stated above and the FAQs provided with this form, as well as acknowledge receipt of a copy of this Authorization that I may retain I acknowledge that should an electronic transfer under this agreement be returned to BSI Financial Services for insufficient funds (NSF) I may be charged an NSF processing fee if permitted by applicable law and I will be responsible for making alternate arrangements for the payment to bring my account current and ensure future payments are posted within my grace period. The NSF fee will be collected by means of an electronic fund transfer from your authorized checking or savings account. I acknowledge that if I file for protection under the US Bankruptcy Code, this agreement will become null and void. By providing my cell phone number, I am granting BSI Financial Services express consent to contact me at that number about my Loan and ACH application. My consent allows BSI Financial Services to use text messaging, artificial or pre-recorded voice messages and automatic dialing technology for informational and account service calls. Message and data rates may apply.

**Sign Here:**

Borrower: _____    Date: _____    Co-Borrower: _____    Date: _____

# AUTOMATIC CLEARING HOUSE APPLICATION
## Frequently Asked Questions (FAQs)

**How does the Automatic Clearing House ("ACH") Program work?**
Once you sign up with ACH, your mortgage payment will automatically deduct from your designated checking or savings account each month. Your mortgage payment will be drafted from your account on the date of your choice (**or following business day if the date you choose falls on a weekend or holiday**). A record of the transaction will appear as a debit (ACH) each month on your bank statement and your monthly billing statement from BSI Financial Services.

**What amounts will be withdrawn?**
BSI Financial Services will draft the amount of your current monthly payment, including principal, interest, applicable tax and insurance. By enrolling in this program, you agree and understand that the draft amount may vary due to changes in your escrow payment or principal and interest terms of your mortgage, as applicable.

**What are my withdrawal options?**
BSI Financial Services offers the following options for withdrawal:
- **Monthly:** Your monthly mortgage payment will be withdrawn on the same date each month and (12) twelve contractual payments will be applied to your loan each year.
- **Bi-Weekly Payments:** This option will draft an installment equal to half of your monthly contractual payment every two weeks. The funds will accumulate on the account until enough has been received to process and apply a single contractual payment. In months where more than two drafts occur within a calendar month, the additional funds will be applied to the principal balance.
- **Weekly:** This option will draft an installment equal to one-quarter of your monthly contractual payment every week. The funds will accumulate on the account until enough has been received to process and apply a single contractual payment. In a year's time, 52 withdrawals will be made.

By selecting the **weekly** or **bi-weekly** option, you understand and agree that the withdrawn funds may not be applied to your mortgage immediately but held in a suspense account until sufficient funds have accumulated for a full monthly payment to be applied to the loan. In addition, the additional payment reduces your principal balance owed, enabling you to pay down your loan earlier and save money over the life of the loan.

**Can I still make additional principal payments or escrow deposits?**
Yes! If you want to make additional payments, you may designate on the application the amount of the principal and or escrow payment to be withdrawn in addition to your monthly payment. The additional amount withdrawn will remain constant regardless of any changes to your monthly payment.

**What happens if there isn't enough money in my account to cover this transaction?**
In the event you do not have sufficient funds in your account to cover the monthly payment amount on the transfer date, your bank may charge you an Overdraft/Insufficient Funds Fee. You should contact your bank to determine if this fee applies and the actual amount incurred. BSI Financial Services will also assess an insufficient funds fee plus late charge and you will remain liable and responsible for any monthly payments which remain unpaid as a result of an unsuccessful attempted transfer from your account containing insufficient funds. If your loan is delinquent, we can cancel automatic payments, and you will have to make your payments directly to us.

**Why do I need to send a voided check or deposit slip with my application?**
The application and your voided check or deposit slip gives BSI Financial Services the accurate information needed to begin the ACH service.

**When will I know when the automatic program is in effect?**
You will receive a confirmation letter specifying the date of the first scheduled ACH draft payment. Please continue to make the normal mortgage payments until you receive your confirmation letter.

**How do I terminate the automatic withdrawals or make changes?**
If you would like to terminate automatic withdrawals, you must notify us orally or in writing at least three (3) business days prior to the next scheduled draft date at the following address: BSI Financial Services ACH Dept. 314 S Franklin St. / Second Floor,  PO Box 517, Titusville, PA 16354 Or fax notification to us at 814-217-1366(send Attn: ACH Dept.) Any changes to your payment instruction, including changes to the payment amount and/or the payment account must be made in writing to the above address. We may change terms or fees or cancel the automatic payment program at any time. If notice is required, we will tell you in writing.

**If you have any additional questions**
Please call us at 866-949-0136, Monday - Friday 7:00 am - 8:00 pm CST and Saturday 8:00 am - 12:00 pm CST. One of our Customer Service Representatives will be happy to answer your questions.



314 S Franklin St. / Second Floor
 PO Box 517
Titusville, PA 16354
866-949-0136
814-217-1366 Fax
bsi.myloanweb.com

## Please return this with your payment

## Temporary Coupon

**Name:**     **SHEREEN BAILEY**

**Loan #**    ▓▓▓▓▓▓▓▓

**Property Address:** 542 BOARDWALK BLVD
                     RIDGELAND MS 39157

**Amt of Regular Payment**  **$55.20**

**Allocation of Additional Funds:**

   **Late Fees** _____

   **Escrow**    _____

   **Principal** _____

**Total Amount of Check:** _____

**Send payment to:**
**BSI Financial Services**
**PO Box 679002**
**Dallas, TX 75267-9002**

| | | |
|---|---|---|
| **Servicemembers Civil Relief Act Notice Disclosure** | U.S. Department of Housing and Urban Development<br>Office of Housing - Federal Housing Commissioner | OMB Approval No. ▮▮▮<br>(Expires 03/31/2028) |

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Air Force, Army, Coast Guard, Marine Corps, Navy, and Space Force).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. [Note: Lender should place its name, address, and contact information here.]
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at: https://legalassistance.law.af.mil/

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form ▮▮▮
(4/2024)

## TYPICAL SERVICING-RELATED FEES THAT BSI Financial Services MAY CHARGE BORROWERS

Below is a list of standard or common fees that BSI Financial Services may charge you, the borrower, depending on the services you request or the loan servicing activity that we perform and with respect to which we are entitled by applicable law or the loan documents to charge a fee. In some cases, BSI Financial Services may retain the fee and in others the fee may be a pass-through fee that BSI Financial Services pays to a third party vendor. In the case of a pass-through fee, BSI Financial Services will never charge a borrower more money than it is charged by a third party vendor to perform the particular service. Actual fees may vary depending upon the terms of your loan documents, and are subject to all applicable laws and regulations.

**IMPORTANT NOTE**: This list does not include all fees and costs that may be charged for certain services that may be rendered to BSI Financial Services, but charged to the borrower in connection with a bankruptcy or foreclosure or other litigation or default situation, including, but not limited to, foreclosure costs, bankruptcy fees, attorneys' fees, and court costs.

### Payment Processing Related Fees and Costs

| Type | Description | Amount or Range of Charge |
|---|---|---|
| Late Charge | A fee for failure to make an installment payment on time due to a payment not being received within the grace period as specified in the mortgage loan documents. | As permitted by the terms of the loan documents and/or state law. |
| NSF/Returned/Dishonored Check Fee | The fee that BSI will assess in the instance of a returned check or a rejected electronic payment due to insufficient funds. | $0.00 - $50.00 (varies by state). |
| Pay-By-Phone with Interactive Voice Response (IVR) System | This service is available at no charge for consumer loan borrowers. With respect to business-purpose loans, there is no charge when scheduling your payment to be deducted on available draft dates during the first five (5) days of your grace period or before. When scheduling your payment to be drafted on or after the sixth (6th) day of your grace period, you may be charged up to a $5 fee. Late charges may also apply. | $0 - $5.00 or as permitted by state law. |
| Webpay Charge | This service is available at no charge for consumer loan borrowers. With respect to business-purpose loans, there is no charge when scheduling your payment to be deducted on available draft dates during the first five (5) days of your grace period or before. When scheduling your payment to be drafted on or after the sixth (6th) day of your grace period, you may be charged up to a $7 fee. Late charges may also apply. | $0 - $7.00 or as permitted by state law. |

### Mortgage & Default-Related Fees and Costs

| Type | Description | Amount Charge / Range |
|---|---|---|
| Appraisal | Fee charged by a professional, certified residential real estate appraiser to determine the market value of a mortgaged property, which includes an interior inspection of the dwelling. | Varies – typically $350.00 - $550.00. |
| Broker Price Opinion (BPO) | Fee charged by a real estate broker or other qualified individual to determine the estimated value of a property. | $75.00 - $125.00 or as otherwise permitted by state law |
| Document Recording Fee | The amount paid to the county recorder's office to make a document a matter of record. | Varies by county |
| Flood Certification | Fee charged by a flood certification vendor to determine if a mortgaged property is located in a flood zone. | $8.00 - $16.00 per certification |
| Lien Release Preparation Fee (pass-through by a third party) | Fee collected to prepare the documents to satisfy or release the lien. | $56.18 or as permitted by state law |
| Lien Release Fee | Fee collected to record the documents to satisfy or release the lien. | Varies by County |
| Partial Release | Charge for processing the release of a portion of the mortgaged property. | $500.00 for loans with a UPB <= $750,000; $1,000 for others |
| Priority Processing (Overnight Delivery) | Fee charged if customer requests expedited service. | $0.00 - $15.00 |
| Property Preservation Fee | Fee charged by third party vendor to ensure that the condition and appearance of the mortgage property are maintained satisfactorily, as authorized in the mortgage. | $0.00 to $2500; and $0.00 to $110.00 for grass cuts |
| Subordination Agreements | An expense charged to the borrower to have the subordination prepared and submitted for investor approval. This fee is charged for the submission and is not dependent on approval or denial. | $500.00 |
| Title Search | Fee charged by a title company or title search provider to conduct a detailed examination of the land records and report the state of the title (that is, what liens and encumbrances affect the mortgaged property). | $0.00 - $500.00 |

| FACTS | WHAT DOES BSI FINANCIAL SERVICES DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include, but is not limited to:<br>• Social Security number, Income and Employment Information<br>• Account Balances and Payment History<br>• Credit History and Credit Scores<br>• Mortgage Rates and Payments |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons BSI chooses to share; and whether you can limit this sharing. |

| Reasons we may share your personal information | Does BSI share?* | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes—such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | Yes* | No |
| For our marketing purposes—to offer our products and services to you | Yes | No |
| For joint marketing with other companies | Yes | No |
| For our affiliates' everyday business purposes—information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes—information about your creditworthiness | No | We don't share |
| For our affiliates to market you | No | We don't share |
| For nonaffiliates to market to you | No | We don't share |

| Questions? | Call BSI Financial Services at 866-949-0136.<br><br>Please note that even though TMRR owns the right to service your mortgage loan, it contracts with BSI to provide the day-to-day servicing functions, including payment processing, customer service, etc.  You may contact Customer Care at the phone number listed above, with any questions about the servicing of your loan. |
|---|---|

*Except as permitted by law, BSI does not share personal information in connection with the collection of a debt.

(Updated 11/18/2024)                    Page 1 of 3

| What we do | |
|---|---|
| **How does BSI Financial Services protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law.  These measures include computer safeguards and secured files and buildings. |
| **How does BSI Financial Services collect my personal information?** | We collect your personal information, for example, when you:<br>● Submit applications or provide your income or employment information<br>● Pay your bills or provide your mortgage information<br>● Give us your contact or income information<br>● Use our website<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>● sharing for affiliates' everyday business purposes—information about your creditworthiness<br>● affiliates from using your information to market to you<br>● sharing for non-affiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |
| **What happens when I limit sharing for an account, I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>● *Our affiliates include nonfinancial companies, such as Entra Default Solutions, Entra Solutions, Pvt. Ltd, Entra Asset Management and Entra Title* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>● *BSI Financial Services does not share with nonaffiliates so they can market to you, except as permitted by law (see joint marketing)* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>● *Our joint marketing partners include financial service companies and insurance companies.* |

## Other important information

**Special Notice for California Residents:** Except for our everyday business purposes and/or our marketing purposes, we will not share your personal information without giving you additional privacy choices.

**Special Notice for Vermont Residents:** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies can be found at https://www.bsifinancial.com/privacy.html or within your Myloanweb account under legal and privacy statements.

**Special Notice for Nevada Residents:** We are providing you this notice under state law. You may be placed on our internal Do Not Call List by following the directions by calling 866-949-0136. Nevada law requires we provide the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: 702.486.3132; email: aginfo@ag.nv.gov.

**Special Notice for North Dakota Residents:** We will not disclose information we collect about you to nonaffiliated third parties to market to you, other than as permitted by North Dakota law, unless you authorize us to make those disclosures. To opt-in, please complete the reply form contained in the North Dakota Opt-In Notice and mail it to the address provided. Additional information concerning our privacy policies can be found at https://bsifinancial.com/privacy.html or within your Myloanweb account under legal and privacy statements.