B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  Shereen Bailey,_____,              Case No.  24-02159_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Carrington Mortgage Services, LLC
_____
Name of Transferee

Data Mortgage, Inc. d/b/a Essex Mortgage
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
500 N. State College Blvd., Suites 1030,1300 & 1400
Orange, CA 92868

Court Claim # (if known): ____13____
Amount of Claim:  __$126,251.90__
Date Claim Filed:  __11/01/2024__

Phone:  8005614567_____
Last Four Digits of Acct #: __3416_____

Phone:  (714) 919-8068_____
Last Four Digits of Acct. #: ___7744___

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christine Kinderdine_____              Date:__03/24/2026_____
         Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

*In Re:*                                                                  **Case No.** 24-02159-JAW

Shereen Bailey

**Debtor(s)**                                                            **Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on   03/24/2026   , a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Christine Kinderdine
Christine Kinderdine
Liepold, Harrison & Associates,
PLLC
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

### Debtor

Shereen Bailey
542 Boardwalk Blvd
Ridgeland, MS 39157

### Debtor's Counsel

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

### Trustee

Torri Parker Martin                                             *Represented By*
Torri Parker Martin, Chapter 13 Bankruptcy Trustee             Semoune L Ellis
200 North Congress Street, Ste. 400                            Office of the Chapter 13 Standing Trustee
Jackson, MS 39201                                             200 North Congress Street
                                                              Ste 400
                                                              Jackson, MS 39201

### U.S. Trustee

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201