United States Bankruptcy Court

Southern District of Mississippi

In re:

Shereen Bailey

    Debtor

Case No. 24-02159-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shereen Bailey, 542 Boardwalk Blvd, Ridgeland, MS 39157-4110 |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC, 500 N. State College Blvd., Suite 1030,1300 aNd 1400, Ornage, CA 92868 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5437689 | Email/Text: bankruptcy@servicingbranch.com | | |
| | | Mar 25 2026 19:47:00 | Data Mortgage, Inc d/b/a Essex Mortgage, 1417 North Magnolia Avenue, Ocala, FL 34475 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Halsey Parrott | |
| | on behalf of Creditor TMRR LLC Elizabeth.Parrott@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | |
| | on behalf of Creditor TMRR LLC karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Kathryn Alley Lachowsky-Khan | |
| | on behalf of Creditor Essex Mortgage MSECF@wilson-assoc.com  MSECF@ecf.courtdrive.com |

District/off: 0538-3          User: mssbad          Page 2 of 2

Date Rcvd: Mar 25, 2026          Form ID: n001          Total Noticed: 3

Semoune L Ellis
> on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr
> on behalf of Debtor Shereen Bailey trollins@therollinsfirm.com
> jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
> tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher
> on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
> debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 8

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Shereen Bailey

**Case No.:**24−02159−JAW

**Chapter** 13

**To:**  Assignee/Transferee

Carrington Mortgage Services, LLC
500 N. State College Blvd., Suites 1030, 1300 & 1400
Orange, CA 92868

**To:**  Assignor/Transferor

Data Mortgage, Inc. d/b/a Essex Mortgage
1417 North Magnolia Avenue
Ocala, FL 34475

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Data Mortgage, Inc. d/b/a Essex Mortgage has assigned/transferred its claim in the amount of $126,251.90 to Carrington Mortgage Services, LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **April 15, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: March 25, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600